UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT,
                        Plaintiff,

              -v-

UNITED STATES DEPARTMENT OF
STATE,
                        Defendant.

24-CV-7429 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff has filed a complaint under the Freedom of Information Act (FOIA). Because FOIA actions ordinarily do not involve discovery and are resolved on cross-motions for summary judgment, the Court will not schedule an initial pretrial conference unless a party requests such a conference.

    Accordingly, the parties are directed to confer with each other and, within 4 weeks after the filing of Defendant's answer, shall file a joint status letter with a proposed schedule for the filing of cross-motions for summary judgment.

    SO ORDERED.

Dated: October 3, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge